# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

No. 9:08-CV-164

FILED: **10/6/10**
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID J. MALAND, CLERK

AFFINITY LABS OF TEXAS, LLC

          Plaintiff

v.

BMW NORTH AMERICA, LLC, ET AL.

          Defendants

**Report of Settlement Conference Judge**

This case is referred to the undersigned to conduct a settlement conference. A settlement conference was conducted on October 6, 2010.

The settlement conference was successful. The essential terms of a private and confidential settlement between plaintiff, Affinity Labs of Texas, LLC, and defendants, BMW North America, LLC and BMW Manufacturing Company, LLC, have been dictated into the record which is hereby **ORDERED** to be **SEALED**.

SIGNED this __6__ day of October, 2010.

_____
Earl S. Hines
United States Magistrate Judge