**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| AFFINITY LABS OF TEXAS, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | CIVIL ACTION No. 9:08CV164 |
| v. | § | |
| | § | |
| BMW NORTH AMERICA, LLC, ET AL., | § | JUDGE RON CLARK |
| | § | |
| *Defendants*. | § | |
| | § | |

## ORDER AMENDING LIMITATIONS OF TRIAL TIME

As of October 6, 2010, Defendants BMW North America, LLC and BMW Manufacturing Co. LLC have entered into a private and confidential settlement agreement with Plaintiff Affinity Labs of Texas, LLC. [*See* Doc. #495.] In light of this fact, the court issues the following order amending the parties' limitations of trial time set forth in the court's September 10, 2010 order. [*See* Doc. #438.]

Plaintiff will be allowed 19 hours, whether used in direct examination or cross-examination. Defendants will be allowed a combined total of 10 hours to present invalidity defenses. If Defendants cannot agree how to divide this time among themselves, the court will make the division. Each remaining Defendant[1] will have an additional 9 hours for direct examination of witnesses who are not testifying about invalidity and cross-examination of

---

[1] In this order and future orders dealing with trial procedure, Defendants Hyundai Motor America, Inc., Hyundai Motor Manufacturing Alabama LLC, and Kia Motors America, Inc. ("Hyundai/Kia Defendants") shall be considered one "Defendant"; and Defendant Volkswagen Group of America, Inc. ("Volkswagen") shall be considered one "Defendant."

Plaintiff's witnesses. Plaintiff shall have 15 minutes, and Defendants shall each have 8 minutes, for interim statements. All other provisions of the court's September 10, 2010 order [Doc. #438] remain in effect.

So **ORDERED** and **SIGNED** this **7**  day of **October, 2010.**

_____
Ron Clark, United States District Judge