## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

| | | | |
|---|---|---|---|
| DIVISION: Lufkin | § | DATE: | 10/14/10 |
| | § | | |
| JUDGE: RON CLARK | § | REPORTER: CHRIS BICKHAM | |
| | § | | |
| Affinity Labs of Texas, LLC | § | CIVIL NO.: | 9:08CV164 |
| *PLAINTIFF* | § | | |
| | § | | |
| BMW North America, LLC | § | | |
| *DEFENDANT* | § | C/R DEPUTY: Faith Ann Laurents | |

Attorneys for Plaintiff:  Woody Jameson, Matt Gaudet
Attorneys for Defendant:   Jin Park, Steven Zager, Thad Heartfield

THIS DAY CAME THE PARTIES BY THEIR ATTORNEYS AND THE FOLLOWING

PROCEEDINGS WERE HAD:   11:20 am Discovery Hearing began.  Counsel made announcements.  Court and counsel discussed the availability of Rule 30(b)(6) witness, Mr. Park.  Court directed that the witness would be presented by video deposition.  11:35 am Court adjourned.

DAVID J. MALAND, CLERK

/s/ Faith Ann Laurents
Deputy Clerk

TOTAL TIME: ____ hrs.  15  mins.          ❑ See Addt'l. Proceedings