## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

| | | | |
|---|---|---|---|
| DIVISION: Lufkin | § | DATE: 10/18/10 | |
| | § | | |
| JUDGE: RON CLARK | § | REPORTER: CHRIS BICKHAM | |
| | § | | |
| Affinity Labs of Texas | § | CIVIL NO.: 9:08CV164 | |
| *PLAINTIFF* | § | | |
| | § | | |
| BMW North America, et al | § | | |
| *DEFENDANT* | § | C/R DEPUTY: Faith Ann Laurents | |

Attorneys for Plaintiff: Tom Sankey, Woody Jameson, Matt Gaudet, et al
Attorneys for Defendant: Mark Hannemann, Deron Dacus, Mike Lennon, Silke Kampe, et al
            Steve Zager, Thad Heartfield, Jin Park, Ruben Munoz, et al

THIS DAY CAME THE PARTIES BY THEIR ATTORNEYS AND THE FOLLOWING PROCEEDINGS WERE HAD: 9:50 am Jury Selection begins. Court questions panel. 10:12 Voir Dire by Mr. Sankey. 10:28 am Voir Dire by Mr. Dacus. 10:36 am Voir Dire by Mr. Heartfield. 10:45 am Court individually questions select jurors. 11:10 am Court recessed for attorneys to make juror strikes. 11:30 am Jury selected and seated. 11:40 am Court gave jury preliminary instructions. Jury reviewed patent film. 12:00 pm Court continued prelim. instructions. 12:20 pm Jury released for lunch. Court heard objections to exhibits and made rulings on the record. 12:45 pm Court recessed. 1:45 pm Court resumed. Opening statement by Mr. Jameson began. 2:35 pm Court recessed. 2:45 pm Court resumed. Opening statement by Mr. Hannemann. 3:06 pm Opening statement by Mr. Zager began. 3:19 pm Court introduced staff. Rule invoked. Witness, Russell White, sworn and direct by Mr. Jameson began. PX#1, 2 admitted. 3:45 pm Court recessed. 4:00 pm Court resumed. VDX#203 admitted.

                                        DAVID J. MALAND, CLERK

                                        /s/ Faith Ann Laurents
                                            Deputy Clerk

TOTAL TIME:  5  hrs.  40  mins.                    ✔ See Addt'l. Proceedings

Case #   9:08cv164              Date:   10/18/19              Page   2   of  2

ADDITIONAL PROCEEDINGS:

Mr. Zager objected.  Sustained.  PX#371 admitted.  4:38 pm Cross by Mr. Hannemann.  VDX#1, 3 admitted.  5:00 pm jury recessed until 8:45 am tomorrow.  Court heard previous objections outside presence of jury.  Court sustained objection for reasons stated on the record.  5:12 pm Mr. White took the stand for purposes of an offer of proof, to show what his testimony would have been had the Court not sustained the objection.   5:15 pm Court recessed.