IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| AFFINITY LABS OF TEXAS, LLC, | § § § | |
| *Plaintiff*, | § § | CIVIL ACTION No. 9:08CV164 |
| v. | § § | |
| HYUNDAI MOTOR AMERICA, INC.; HYUNDAI MOTOR MANUFACTURING ALABAMA LLC; VOLKSWAGEN GROUP OF AMERICA, INC.; and KIA MOTORS AMERICA, INC., | § § § § § § § | JUDGE RON CLARK |
| *Defendants*. | § § | |

# **JURY VERDICT FORM**

**Question No. 1: Direct Infringement—Hyundai**

Do you find by a preponderance of the evidence that Hyundai Motor America, Inc. and Hyundai Motor Manufacturing Alabama LLC directly infringe any of the following claims of the patents-in-suit?

Answer "YES" or "NO" as to each claim for each representative product.

<u>2010 Hyundai Sonata</u>

| | |
|---|---|
| Claim 28 of the '833 patent | yes |
| Claim 35 of the '833 patent | yes |
| Claim 3 of the '228 patent | yes |
| Claim 22 of the '228 patent | yes |
| Claim 28 of the '228 patent | yes |

Please go on to Question No. 2.

**Question No. 2: Indirect Infringement (Induced)—Hyundai**

Do you find by a preponderance of the evidence that Hyundai Motor America, Inc. and Hyundai Motor Manufacturing Alabama LLC induce infringement of any of the following claims of the patents-in-suit?

Answer "YES" or "NO" as to each claim for each representative product.

2010 Hyundai Sonata

Claim 28 of the '833 patent    yes

Claim 35 of the '833 patent    yes


Claim 3 of the '228 patent     yes

Claim 22 of the '228 patent    yes

Claim 28 of the '228 patent    yes


Please go on to Question No. 3.

## Question No. 3: Indirect Infringement (Contributory)—Hyundai

Do you find by a preponderance of the evidence that Hyundai Motor America, Inc. and Hyundai Motor Manufacturing Alabama LLC contributorily infringe any of the following claims of the patents-in-suit?

Answer "YES" or "NO" as to each claim for each representative product.

2010 Hyundai Sonata

Claim 28 of the '833 patent      yes

Claim 35 of the '833 patent      yes


Claim 3   of the '228 patent      yes

Claim 22 of the '228 patent      yes

Claim 28 of the '228 patent      yes


Please go on to Question No. 4.

## Question No. 4: Direct Infringement—Kia

Do you find by a preponderance of the evidence that Kia Motors America, Inc. directly infringes any of the following claims of the patents-in-suit?

Answer "YES" or "NO" as to each claim for each representative product.

2010 Kia Optima

Claim 3  of the '228 patent    _yes_

Claim 22 of the '228 patent    _yes_

Claim 28 of the '228 patent    _yes_

Please go on to Question No. 5.

**Question No. 5: Indirect Infringement (Induced)—Kia**

Do you find by a preponderance of the evidence that Kia Motors America, Inc. induces infringement of any of the following claims of the patents-in-suit?

Answer "YES" or "NO" as to each claim for each representative product.

<u>2010 Kia Optima</u>

Claim 3  of the '228 patent    <u>Yes</u>

Claim 22 of the '228 patent   <u>Yes</u>

Claim 28 of the '228 patent   <u>Yes</u>

Please go on to Question No. 6.

## Question No. 6: Indirect Infringement (Contributory)—Kia

Do you find by a preponderance of the evidence that Kia Motors America, Inc. contributorily infringes any of the following claims of the patents-in-suit?

Answer "YES" or "NO" as to each claim for each representative product.

<u>2010 Kia Optima</u>

Claim 3  of the '228 patent    _yes_

Claim 22 of the '228 patent    _yes_

Claim 28 of the '228 patent    _yes_

Please go on to Question No. 7.

**Question No. 7: Direct Infringement—Volkswagen**

Do you find by a preponderance of the evidence that Volkswagen Group of America, Inc. directly infringes any of the following claims of the patents-in-suit?

Answer "YES" or "NO" as to each claim for each representative product.

|  | 2010 VW Passat/Passat CC | 2010 VW Golf TDI | 2010 Audi A4/Q5 | 2010 Bentley Continental Flying Spur/Flying Spur Speed |
|---|---|---|---|---|
| Claim 28 of the '833 patent | yes | yes | yes | yes |
| Claim 35 of the '833 patent | yes | yes | yes | yes |
| Claim 3 of the '228 patent | yes | yes | yes | yes |
| Claim 22 of the '228 patent | yes | yes | yes | yes |
| Claim 28 of the '228 patent | yes | yes | yes | yes |

Please go on to Question No. 8.

**Question No. 8: Indirect Infringement (Induced)—Volkswagen**

Do you find by a preponderance of the evidence that Volkswagen Group of America, Inc. induces infringement of any of the following claims of the patents-in-suit?

Answer "YES" or "NO" as to each claim for each representative product.

|  | 2010 VW Passat/Passat CC | 2010 VW Golf TDI | 2010 Audi A4/Q5 | 2010 Bentley Continental Flying Spur/Flying Spur Speed |
|---|---|---|---|---|
| Claim 28 of the '833 patent | yes | yes | yes | yes |
| Claim 35 of the '833 patent | yes | yes | yes | yes |
| Claim 3 of the '228 patent | yes | yes | yes | yes |
| Claim 22 of the '228 patent | yes | yes | yes | yes |
| Claim 28 of the '228 patent | yes | yes | yes | yes |

Please go on to Question No. 9.

**Question No. 9: Indirect Infringement (Contributory)—Volkswagen**

Do you find by a preponderance of the evidence that Volkswagen Group of America, Inc. contributorily infringes any of the following claims of the patents-in-suit?

Answer "YES" or "NO" as to each claim for each representative product.

|  | 2010 VW Passat/Passat CC | 2010 VW Golf TDI | 2010 Audi A4/Q5 | 2010 Bentley Continental Flying Spur/Flying Spur Speed |
|---|---|---|---|---|
| Claim 28 of the '833 patent | yes | yes | yes | yes |
| Claim 35 of the '833 patent | yes | yes | yes | yes |
| Claim 3 of the '228 patent | yes | yes | yes | yes |
| Claim 22 of the '228 patent | yes | yes | yes | yes |
| Claim 28 of the '228 patent | yes | yes | yes | yes |

Please go on to Question No. 10.

## Question No. 10: Invalidity—Anticipation

Do you find by clear and convincing evidence that any of the following claims of the patents-in-suit is invalid because it is anticipated by the references listed below?

Answer "YES" or "NO" as to each claim for each reference.

Abecassis Patent

Claim 28 of the '833 patent          _No_

Claim 35 of the '833 patent          _No_

Sony Player

Claim 22 of the '228 patent          _No_

Please go on to Question No. 11.

## Question No. 11: Invalidity—Obviousness

Do you find by clear and convincing evidence that any of the following claims of the patents-in-suit is invalid because it would have been obvious to a person of ordinary skill in the art in light of the combinations of references listed below?

Answer "YES" or "NO" as to each claim for each combination of references.

|  | Network Vehicle in combination with Empeg Player | Berry Patent in combination with ICES System | Sony Player in combination with Abecassis Patent |
|---|---|---|---|
| Claim 28 of the '833 patent | No | No | |
| Claim 35 of the '833 patent | No | No | |
| Claim 3 of the '228 patent | No | No | No |
| Claim 22 of the '228 patent | No | No | N/A |
| Claim 28 of the '228 patent | No | No | No |

Please go on to Question No. 12.

## Question No. 12: Invalidity—Written Description

Do you find by clear and convincing evidence that any of the following claims of the patents-in-suit is invalid because the written description requirement is not satisfied as to that claim?

Answer "YES" or "NO" as to each claim.

Claim 28 of the '833 patent     _No_

Claim 35 of the '833 patent     _No_

Claim 3 of the '228 patent     _No_

Claim 22 of the '228 patent     _No_

Claim 28 of the '228 patent     _No_

Please go on to Question No. 13.

**Question No. 13: Damages—Hyundai**

If you answered "YES" to any claim listed in Question Nos. 1, 2, or 3,
and did not find that same claim invalid in Question Nos. 10, 11, or 12,
then answer the following question.

Otherwise, please go on to Question No. 14.

What sum of money, if any, do you find would fairly and adequately compensate Affinity Labs for Hyundai's conduct you found to infringe, from the commencement of infringement through today?

Answer in dollars and cents.
Answer in the form of a reasonable royalty.
Answer separately as to each group of vehicles.

Sales of Hyundai Vehicles for
Which There is a Corresponding
Sale of a Hyundai iPod Cable          $ 2,430,065

Sales of Hyundai Vehicles for
Which There is no Corresponding
Sale of a Hyundai iPod Cable          $ 0

Please go on to Question No. 14.

**Question No. 14: Damages—Kia**

If you answered "YES" to any claim listed in Question Nos. 4, 5, or 6, and did not find that same claim invalid in Question Nos. 10, 11, or 12, then answer the following question.

Otherwise, please go on to Question No. 15.

What sum of money, if any, do you find would fairly and adequately compensate Affinity Labs for Kia's conduct you found to infringe, from the commencement of infringement through today?

Answer in dollars and cents.
Answer in the form of a reasonable royalty.
Answer separately as to each group of vehicles.

Sales of Kia Vehicles for
Which There is a Corresponding
Sale of a Kia iPod Cable          $ _406,472_

Sales of Kia Vehicles for
Which There is no Corresponding
Sale of a Kia iPod Cable          $ _0_

Please go on to Question No. 15.

### Question No. 15: Damages—Volkswagen

If you answered "YES" to any claim listed in Question Nos. 7, 8, or 9, and did not find that same claim invalid in Question Nos. 10, 11, or 12, then answer the following question.

Otherwise, please initial and date the verdict form.

What sum of money, if any, do you find would fairly and adequately compensate Affinity Labs for Volkswagen's conduct you found to infringe, from the commencement of infringement through today?

Answer in either format (1) OR format (2), but not both.
Answer in dollars and cents.

(1)   In the form of a reasonable running royalty:

$_____

OR

(2)   In the form of a reasonable lump sum royalty to cover all past and future sales of infringing vehicles:

$ 10,149,993

Please initial and date the verdict form.

DATE  10/28/2010                    INITIALS OF FOREPERSON  ____